# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KELVIN HINES,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:21-cv-00960-RDP-NAD |
| **CAPTAIN BEDSOLE, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge has entered a Report and Recommendation, recommending the court dismiss this case pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. (Doc. 16). The Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen days. (*Id.* at 11-12). That time has expired without any objections having been received by the court.

Having reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case with prejudice for failure to state a claim upon which relief could be granted.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this November 16, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE